O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT CIRRINCIONE ASSOCIATES, LTD.; VINCENT CIRRINCIONE,<br><br>              Plaintiffs,<br>      v.<br>SCOTTSDALE INSURANCE COMPANY,<br><br>              Defendant. | Case No. 2:13-cv-05252-ODW(AJWx)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE. LACK OF SUBJECT-MATTER JURISDICTION [13]** |

On September 5, 2013, the Court ordered Plaintiffs to show cause why the Court should not dismiss their case for lack of subject-matter jurisdiction. (ECF No. 13.) The Court questioned whether the amount in controversy met the $75,000.00 jurisdictional threshold. On September 13, 2013, Plaintiffs responded to the Order, clarifying the damages they seek. (ECF No. 14.) The Court finds that Plaintiffs presented good cause for establishing diversity jurisdiction and accordingly **DISCHARGES** the Order to Show Cause. (ECF No. 13.)

**IT IS SO ORDERED.**

September 13, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**